**REESE LLP**
Michael R. Reese
*mreese@reesellp.com*
George V. Granade
*ggranade@reesellp.com*
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500
Facsimile:  (212) 253-4272

*Counsel for Plaintiff*
(Additional counsel listed on signature page)

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| | : | |
| PAUL REIFFER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No.: 18-cv-5469 |
| | : | |
| ARKADIA GROUP INTERNATIONAL, | : | COMPLAINT AND JURY DEMAND |
| | : | |
| Defendant. | : | |
| | : | |
| | : | |

<u>COMPLAINT FOR COPYRIGHT INFRINGEMENT</u>

Plaintiff, PAUL REIFFER ("Reiffer" or "Plaintiff"), brings this complaint in the United States District Court for the Southern District of New York against ARKADIA GROUP INTERNATIONAL ("Arkadia" or "Defendant"), alleging as follows:

<u>PARTIES</u>

1. Plaintiff is an experienced commercial landscape and streetscape photographer and writer. Plaintiff contributes regularly to <u>1x.com</u>, the world's leading fine art photography online magazine. Plaintiff's photographs have been sold to clients throughout the world. The Daily Telegraph published a profile of Plaintiff's work. Plaintiff works with numerous high-profile clients, including but not limited to: British Airways, Yahoo, Ford, CNN, National Geographic, W Hotels, AON, Royal Caribbean, and Hyatt. Plaintiff resides in London, England.

2. On information and belief, Defendant is a Corporation existing under the laws of the Italian Republic, with headquarters in Florence, Italy. Defendant operates an audio post-production company in the home entertainment and communication industry.[1] Defendant offers a wide array of technical and artistic services to both content producers and distributors, specializing in multi-lingual dubbing, localization, voiceover, sound design and central mix for animation and live action cinema, TV, home video and new media, documentaries, TV ads and jingles.[2] Defendant operates a production studio in New York, New York. Defendant owns, operates, and is responsible for the content on the website, <u>www.agi.tv</u>.

---

[1] https://it-it.facebook.com/pg/Arkadia-Group-International-120211508824/about/?ref=page_internal
[2] Id.

## JURISDICTION AND VENUE

3.  This is a civil action seeking damages for copyright infringement under the copyright laws of the United States (17 U.S.C. § 101 et seq.).

4.  This Court has jurisdiction under 17 U.S.C. § 101 et seq.; 28 U.S.C. § 1331 (federal question); and 28 U.S.C. § 1338(a) (copyright).

5.  Defendant is subject to personal jurisdiction in New York.

6.  Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendant engaged in infringement in this district, Defendant resides in this district, and Defendant is subject to personal jurisdiction in this district.

7.  This Court also has personal jurisdiction over Defendant, and venue in this District is proper under 28 U.S.C. § 1400(a).

## FACTUAL ALLEGATIONS COMMON TO ALL CLAIMS

8.  Plaintiff captured the photograph, "Hollywood Sign Skyline - Reverse Landscape View" ("Copyrighted Photograph") on May 7, 2012 in Los Angeles, California. [Exhibit 1].

9.  On or about May 26, 2012 Plaintiff posted Copyrighted Photograph to https://content.paulreiffer.com/wp-content/uploads/2014/10/backstage-hollywood-sign-la-landscape-cityscape-buy-limited-edition-fine-art-photograph-prints-paul-reiffer.jpg (Last visited June 10, 2018). [Exhibit 2].

10. Plaintiff registered Copyrighted Photograph with the United States Copyright Office on May 8, 2017 (Registration No.: VA 2-044-618). [Exhibit 3].

11. Beginning on or about June 1, 2014, Defendant copied and posted Copyrighted Photograph to the Defendant's commercial website, www.agi.tv (Last visited June 10, 2018).

12. Defendant posted Copyrighted Photograph to the following URL:

- www.agi.tv/en/locations-2 (Last visited June 10, 2018). [Exhibit 4].

13. As of the date of this filing, despite numerous demands to remove the infringing post, Defendant has refused to remove the infringing post.

14. As of the date of this filing, the infringing post is online and available to the public.


COUNT I: INFRINGEMENT OF COPYRIGHT PURSUANT TO 17 U.S.C. § 101 ET SEQ.

15. Plaintiff incorporates herein by this reference each and every allegation contained in each paragraph above.

16. Plaintiff is, and at all relevant times has been, the copyright owner or licensee of exclusive rights under United States copyright with respect to Copyrighted Photograph, which is the subject of a valid and complete application before the United States Copyright Office.

17. Among the exclusive rights granted to each Plaintiff under the Copyright Act are the exclusive rights to reproduce and distribute the Copyrighted Photograph to the public.

18. Plaintiff is informed and believes Defendant, without the permission or consent of Plaintiff, copied and used Copyrighted Photograph on Defendant's commercial website, www.agi.tv. In doing so, Defendant violated Plaintiff's exclusive rights of reproduction and distribution. Defendant's actions constitute infringement of Plaintiff's copyright and exclusive rights under copyright.

19. Plaintiff is informed and believes that the foregoing act of infringement was willful and intentional, in disregard of and with indifference to the rights of Plaintiff.

20. As a result of Defendant's infringement of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to actual damages, including any profits realized by Defendant

3

attributable to the infringement, pursuant to 17 U.S.C. § 504(b) for Defendant's infringement of Copyrighted Photograph.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

A.  Declaring that Defendant's unauthorized conduct violates Plaintiff's rights under the Federal Copyright Act;

B.  Immediately and permanently enjoining Defendant, its officers, directors, agents, servants, employees, representatives, attorneys, related companies, successors, assigns, and all others in active concert or participation with them from copying and republishing Plaintiff's Copyrighted Photograph without consent or otherwise infringing Plaintiff's copyright or other rights in any manner;

C.  Ordering Defendant to account to Plaintiff for all gains, profits, and advantages derived by Defendant by their infringement of Plaintiff's copyright or such damages as are proper;

D.  Awarding Plaintiff actual damages for Defendant's copyright infringement in an amount to be determined at trial;

E.  Awarding Plaintiff such other and further relief as is just and proper.

<u>JURY DEMAND</u>

Plaintiff hereby demands a trial by jury on all claims for which there is a right to jury trial.


Dated: June 18, 2018                                    **REESE LLP**

                                                        */s/ Michael R. Reese*
                                                        Michael R. Reese
                                                        *mreese@reesellp.com*
                                                        100 West 93rd Street, 16th Floor
                                                        New York, New York 10025
                                                        Telephone:  (212) 643-0500
                                                        Facsimile:  (212) 253-4272

                                                        **THE LAW OFFICE OF DAVID C. DEAL, P.L.C.**
                                                        David C. Deal
                                                        *david@daviddeal.com*
                                                        P.O. Box 1042
                                                        Crozet, Virginia 22932
                                                        Telephone: (434) 233-2727
                                                        Facsimile:  (888) 965-8083

                                                        *Counsel for Plaintiff*

EXHIBIT 1



EXHIBIT 2



EXHIBIT 3

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*[signature]*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-044-618**

**Effective Date of Registration:**
May 08, 2017

**Title** _____

**Title of Work:** Group Registration Photos, Landscape and commercial, Published approx. Feb. 01, 2012; 141 photos.

**Content Title:** 20120801-REIF_20120801_09495, 20120801-REIF_20120801_09461_pure, 20120726-REIF_20120726_09368-Revised, 20120726-REIF_20120726_09360-Revised, 20120726-REIF_20120726_09357-Revised, 20120726-REIF_20120726_09353-Revised, 20120726-REIF_20120726_09343-Revised, 20120530-REIF_20120530__0353_print, 20120530-MonoLake_11k_Final, 20120529-TimeForCoffee_11k_Final, 20121201-IMG_2481, 20121201-IMG_2400, 20120806-IMG_1941, 20120806-IMG_1813, 20120805-IMG_1725, 20120805-IMG_1683, 20120805-IMG_1635, 20120805-IMG_1387, 20120801-REIF_20120801_09548, 20120801-REIF_20120801_09516_print, 20120726-REIF_20120726_09310_print, 20120726-MonumentValley_11k_Final, 20120531-IMG_0478, 20120529-REIF_20120529_00332, 20120529-REIF_20120529_00284, 20120529-REIF_20120529_00284_print, 20120529-IMG_0284, 20120529-IMG_0274, 20120529-IMG_0274-2, 20120529-IMG_0256, 20120529-IMG_0229, 20120524-REIF_20120525_0166_print, 20120524-NoHorizon_11k_Final, 20120514-REIF_20120513_08467-TOWIE-Twins-Autumn_print, 20120513-REIF_20120513_08590, 20120513-REIF_20120513_08480, 20120513-REIF_20120513_08467-3, 20120513-REIF_20120513_08347, 20120506-REIF_20120506_08307_print, 20120312-REIF_20120312_07868, 20120312-REIF_20120312_07868_print, 20120312-REIF_20120312_07560, 20120312-REIF_20120312_07511, 20120219-REIF_20120219_07326_print_copy, 20120218-REIF_20100213_13340-saturated_print, 20120212-REIF_20120212_07244_print, 20120212-REIF_20120212_07239_print, 20120211-REIF_20120211_07223_print, 20120211-REIF_20120211_07222_print, 20120211-REIF_20120211_07219_print, 20120211-REIF_20120211_07206_print_copy, 20120211-REIF_20120211_07203_print, 20120129-REIF_20120129_07044, 20120129-REIF_20120129_07038, 20120129-REIF_20120129_07032, 20120129-REIF_20120129_07023, 20120129-REIF_20120129_07015, 20120129-REIF_20120129_07010, 20120129-REIF_20120129_06994, 20120129-REIF_20120129_06991 (published approx. February 01, 2012).

20120115-SaveMeSanFrancisco_11k_Final, 20120115-REIF_20120115_06962_print, 20120115-REIF_20120115_06951_print, 20120115-REIF_20120115_06906_print, 20120114-REIF_20120114_06796_print, 20120114-REIF_20120114_06773_print, 20120114-REIF_20120114_06764_print, 20120102-REIF_20120102_06697_print_copy, 20120102-ManOWar_11k_Final, 20111229-REIF_20111229_06682_print, 20111229-REIF_20111229_06682_print_copy, 20111120-REIF_20111120_05976_print-

for-px3, 20111120-REIF_20111120_05976_print, 20111120-
REIF_20111120_05956_print, 20111120-REIF_20111120_05954_print,
20111120-REIF_20111120_05936_print, 20111120-
REIF_20111120_05922_print, 20111120-REIF_20111120_05889_print,
20111120-REIF_20111120_05845_print, 20111120-
REIF_20111120_05841_print_copy, 20111120-REIF_20111120_05606_print,
20111114-REIF_20111114_05290, 20111114-REIF_20111114_05276,
20111114-REIF_20111114_05258, 20111114-REIF_20111114_05255,
20111114-REIF_20111114_05233, 20111114-REIF_20111114_05232,
20111114-REIF_20111114_05222, 20111114-REIF_20111114_05216,
20111114-REIF_20111114_05211, 20111114-REIF_20111114_05173,
20111114-REIF_20111114_05164, 20111114-REIF_20111114_05151,
20111114-REIF_20111114_05118, 20111114-REIF_20111114_05090,
20111114-REIF_20111114_05060, 20111029-REIF_20111029_05024_print,
20111015-REIF_20111015_04516_print, 20111015-
REIF_20111015_04496_print, 20111015-REIF_20111015_04432_print,
20111015-REIF_20111015_04411_print, 20111015-
REIF_20111015_04401_print, 20111015-REIF_20111015_04380_print,
20111015-REIF_20111015_04379_print, 20111015-
REIF_20111015_04367_print, 20111015-REIF_20111015_04331_print,
20111015-REIF_20111015_04324_print, 20111015-
REIF_20111015_04319_print, 20111015-REIF_20111015_04316_print,
20111015-REIF_20111015_04313_print, 20111015-
REIF_20111015_04308_print, 20111015-REIF_20111015_04304_print,
20111015-REIF_20111015_04287_print (published approx. February 01,
2012).

20111015-REIF_20111015_04275_print, 20111015-
REIF_20111015_04264_print, 20111006-REIF_20111006_25571, 20111006-
REIF_20111006_25530, 20111006-REIF_20111006_25448, 20111006-
REIF_20111006_25413, 20101206-REIF_20101206_17519_print_option_2,
20101201-REIF_20101201_17229_crop_print, 20101201-
REIF_20101201_17219_crop_print, 20100606-REIF_20100606_15043_print,
20100301-REIF_20100301_13444_print, 20100301-
REIF_20100301_13444_print-v2-Corrected-At-Roys, 20091019-
EmpireState_11k_Final, 20090901-REIF_20090901_8960_print, 20110930-
REIF_20110930_24934_print-faded, 20110804-BrycePoint_11k_Final,
20110802-REIF_20110802_04001_print, 20110802-
REIF_20110802_03954_print, 20110802-REIF_20110802_03781_print-
Revised, 20110802-REIF_20110802_03750_print, 20110802-
REIF_20110802_03750_print-Revised, 20110802-
REIF_20110802_03743_print-Revised, 20110802-
REIF_20110802_03713_print-Revised, 20110802-
REIF_20110802_03633_print, 20110729-REIF_20110729_03011_print,
20110527-REIF_20110527_22902_print, 20110428-Standing-tall, 20110108-
for-weldmar-REIF_20110108_17788 (published approx. February 01, 2012).

## Completion/Publication

|                          |                   |
|--------------------------|-------------------|
| **Year of Completion:**  | 2012              |
| **Date of 1st Publication:** | February 01, 2012 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

- **Author:** Paul Reiffer

|                        |                 |
|------------------------|-----------------|
| **Author Created:**    | photograph      |
| **Work made for hire:**| No              |
| **Citizen of:**        | United Kingdom  |
| **Domiciled in:**      | United Kingdom  |
| **Year Born:**         | 1980            |

## Copyright Claimant

**Copyright Claimant:**  Paul Reiffer
105 Portland Road, Weymouth, DT4 9BG, United Kingdom

## Rights and Permissions

**Name:**  Paul Reiffer
**Email:**  info@paulreiffer.com
**Telephone:**  +442081230250
**Address:**  105 Portland Road
Weymouth, DT4 9BG United Kingdom

## Certification

**Name:**  Joe G. Naylor
**Date:**  May 08, 2017
**Applicant's Tracking Number:**  USCO-03582

EXHIBIT 4

